# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00267-CV

**John Koo-Hyun Kim, Appellant**

**v.**

**Texas Workforce Commission, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-06-000041, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Pro se appellant John Koo-Hyun Kim filed his notice of appeal in May 2007. Following numerous communications related to Kim's status as an indigent and whether the record had been requested, the clerk's record was filed in August 2008. On May 26, 2009, we sent Kim notice that his brief was overdue and that, if he did not file a brief complying with the rules of appellate procedure by June 25, we would dismiss the appeal. To date, Kim has not filed a brief or otherwise responded to our notice in this proceeding. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   August 14, 2009